IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       Plaintiff,         ORDER

v.

                      23-cr-26-jdp-5

YOSHI WALKER,

       Defendant.

---

  I have ordered that Yoshi Walker be released on conditions, which include a third-party custodian and location monitoring. At this point the probation office has not received the custodial agreement, and the probation office will need time after Mr. Walker's release to set up the location monitoring technology. Accordingly, if the custodial agreement is not received by the probation office by 2:00 p.m. today, September 15, Mr. Walker shall remain in custody until Monday, September 18.

  Entered September 15, 2023.

                   BY THE COURT:

                   /s/

                   _____
                   JAMES D. PETERSON
                   District Judge